O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>DEMETRIUS SMITH,<br><br>    Defendant. | CASE NO.  CR02-97-CAS - 1; and<br>                  CR19-414-CAS - 1<br><br>**\* AMENDED** FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

    On March 3, 2022, this matter came before the Court on Petitions on Probation and Supervised Release originally filed in both actions on December 20, 2021.  Government counsel, Lyndsi Allsop, the defendant and his appointed Deputy Federal Public Defender attorneys, Adam Olin and Jake O'Neal, were present. The U.S. Probation Officers, Jonathan Moon and Jarrod Kennelly, were also present.

    The defendant admits to the allegations, in violation of his supervised release, as stated in the Petition filed in both actions on December 20, 2021.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 17, 2003 and November 3, 2021.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked.  The defendant is committed to the custody of the Bureau of Prisons in Docket Number 2:02-CR-0097-CAS-1 for a period of 6 months, and

6 months custody in Docket Number 2:19-CR-00414-CAS-1, to run consecutively to each other for a total of 12 months. Upon release from confinement, the defendant is to be placed on supervised release for a term of 36 months with the added special conditions as noted below. This consists of 36 months in Docket Number 2:02-CR-0097-CAS-1, and 12 months on Docket Number *2:19-CR-00414-CAS-1, to be run concurrently.

- The offender shall reside for a period not to exceed 180 days in a residential reentry center (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

The Court hereby recommends defendant be designated to the Bureau of Prisons Medical Facility Springfield.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   March 23, 2022

*(signed)* Christina A. Snyder

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: *(signed)* Catherine M. Jeang
Catherine M. Jeang, Deputy Clerk